1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NATHAN JEROME ELLIS,

11          Plaintiff,                    No. CIV S-03-1938 LKK CMK P

12        vs.

13   MIKE KNOWLES, et al.,

14          Defendants.                   ORDER

15   _____/

16          Currently before the court is defendants' request for an extension of time to a

17   reply to plaintiff's objections to the findings and recommendations filed March 3, 2005.  In

18   support of their request, defendants argue that, in his objections plaintiff cites a recently decided

19   case, <u>Ngo v. Woodford</u>, No. 03-16042, 2005 WL 674707 (9th Cir. March 24, 2005), which may

20   not continue to have precedential value if the Ninth Circuit grants rehearing <u>en</u> <u>banc</u>.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

1

1   Despite what may happen in the future, <u>Ngo</u> is currently the binding precedent in this circuit and

2   the court declines to suspend activity in this case until a time when that may change.

3          IT IS ORDERED that defendants' request for an extension of time is denied.

4

5   DATED:   April 27, 2005

6

7                                 /s/   **CRAIG M. KELLISON**
                              Craig M. Kellison

8                                 UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26