BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 Post Office Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Facsimile:  (916) 324-5205

Attorneys for Defendant Brown
SA2004101674

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN JEROME ELLIS,<br><br>                   Plaintiff,<br><br>v.<br><br>MIKE KNOWLES, et al.,<br><br>                   Defendants. | No. CIV S-03-1938 LKK CMK P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

     Defendant's first request for an extension of time to serve their responses to Plaintiff's discovery requests was considered by this Court, and good cause appearing,

     IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including November 2, 2005, to serve their responses to Plaintiff's discovery requests.

October 26, 2005

                                      /s/   **CRAIG M. KELLISON**
                                      Craig M. Kellison
                                      UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Defendant's First Request*
*for an Extension of Time to Respond to Plaintiff's Discovery Requests*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28