IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN JEROME ELLIS

       Plaintiff,                 No. CIV S-03-1938 LKK CMK P

   vs.

MIKE KNOWLES, et al.,

       Defendants.

_____/        ORDER

       Plaintiff is a prisoner proceeding pro se an in forma pauperis with a civil rights action under 42 U.S.C. §1983.   This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently before the court is plaintiff's "Request for Enlargement of Time to File Motion to Compel."

       In support of his motion, plaintiff states that he is requesting an extension for the purpose of "allowing defendants an opportunity to respond to his request for the production of documents."  It is clear from plaintiff's attached declaration that defendants have responded to plaintiff's request for discovery directed toward C.D. Brown.  Plaintiff complains that the discovery is "deficient" because it is not organized in a manner acceptable to him.   While plaintiff has a right to discovery, he does not have a right to discovery organized to suit his preferences.  Plaintiff should be mindful of this when filing any future motions.

///

1          IT IS ORDERED THAT plaintiff's request for an enlargement of time to file a

2   motion to compel (doc. 48) is DENIED.

3

4   DATED:   December 4, 2005.

5

6                                          _____
                                           **CRAIG M. KELLISON**
7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2