IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN JEROME ELLIS,

     Plaintiff,                    No. CIV S-03-1938 LKK CMK P

    vs.

MIKE KNOWLES, et al.,

     Defendants.

_____/      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's motion for a default judgement against defendant O'Connor.

        A review of the docket reveals that on May 28, 2004, defendant O'Connor responded to plaintiff's complaint by filing a motion to dismiss on the grounds that plaintiff had failed to state a claim. On May 31, 2005, the court granted the motion to dismiss as to defendant O'Connor.  Defendant O'Connor is no longer a party to this lawsuit.

///

///

///

1       Accordingly, IT IS ORDERED THAT plaintiff's motion for default judgement
2  against defendant O'Connor is denied.
3
4  DATED: January 6, 2006.
5
6                                              /s/ Craig M. Kellison
                                                **CRAIG M. KELLISON**
7                                               UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26