IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN JEROME ELLIS,** | CIV S-03-1938 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

Defendant's request for an enlargement of time to file a dispositive motion in this matter was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until February 6, 2006, to file a dispositive motion.

January 6, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE