1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NATHAN JEROME ELLIS,

11            Plaintiff,                    No. CIV S-03-1938 LKK CMK P

12        vs.

13   MIKE KNOWLES, et al.,

14            Defendants.            ORDER

15   _____/

16            On January 19, 2006, plaintiff filed a motion for reconsideration of the magistrate

17   judge's order filed January 9, 2006, denying plaintiff's December 15, 2005 request for entry of

18   default.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld

19   unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that

20   it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

21            Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

22   magistrate judge filed January 9, 2006, is affirmed.

23   DATED:  March 9, 2006.

24                                    /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
25                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
26