IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN JEROME ELLIS,** | 2:03-cv-1938 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendant's request for an extension of time to reply to Plaintiff's opposition to Defendant's motion for summary judgment. Accordingly, Defendant is granted a period of two weeks, to and including April 3, 2006, to file and serve his reply.

DATED: March 21, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1