1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5288
8   Fax: (916) 324-5205

9  Attorneys for Defendant Brown
   SA2004101674
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| **NATHAN JEROME ELLIS,** | 2:03-cv-1938 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

20       The Court has considered Defendant's motion to vacate the pretrial and trial dates

21  pending a decision on his motion for summary judgment, which was filed on February 6, 2006,

22  and good cause showing, the deadlines for filing of the parties' pretrial statements, the pretrial

23  conference, scheduled for April 25, 2006, and the trial date, scheduled to begin July 18, 2006,

24  ///

25  ///

26  ///

27  ///

28  ///

1  are vacated. These dates shall be rescheduled, if need be, after a decision is rendered on Defendant's
2  motion for summary judgment.
3       **IT IS SO ORDERED.**
4
5  DATED: April 20, 2006.
6
7                               _____
                                **CRAIG M. KELLISON**
8                               UNITED STATES MAGISTRATE JUDGE