IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN JEROME ELLIS,

    Plaintiff,                    No. CIV S-03-1938 LKK CMK P

    vs.

MIKE KNOWLES, et al.,

    Defendants.

_____/        <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Plaintiff has filed a motion to compel discovery.  (Doc. 49.)

        Plaintiff seeks to compel further responses to his requests for production of documents.  Plaintiff states that defendants responses to his requests for production were unbound, requiring plaintiff to ascertain the order of the documents.  Plaintiff also states that defendants' responses were incomplete, unresponsive, and evasive.  He states that the "responses are designed to mislead a reviewer into believing that the production response is overwhelmingly responsive to plaintiff's request....[however,] [n]othing is further from the truth."  (Doc. 49:4-7.)

///

///

1  Rule 37 provides a mechanism for enforcing discovery; it allows sanctions against
2 parties who unjustifiably resist discovery requests. <u>See</u> Wright,. Miller and Marcus: <u>Federal</u>
3 <u>Practice and Procedure</u> § 2281 (2d ed. 1994). Plaintiff has included both his requests for
4 production and defendants' responses as exhibits to his motion to compel. After reviewing both,
5 the court cannot conclude that defendants' responses were unresponsive.
6  Accordingly, IT IS ORDERED THAT plaintiff's motion to compel (doc. 49) is
7 denied.

9 DATED: July 13, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE